UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                      :
SIMON ISAKOV,                       :
                                      :
                       Plaintiff,   :
                                      :                         25-CV-1407 (VSB)
              -against-        :
                                      :                          **ORDER**
PARCHED HOSPITALITY GROUP, INC.,   :
                                      :
                     Defendant.  :
                                      :
--------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

        Plaintiff filed this action on February 19, 2025, (Doc. 1), and filed an affidavit of service on March 6, 2025, (Doc. 5).  The deadline for Defendant to respond to Plaintiff's complaint was March 26, 2025.  To date, Defendant has not appeared or responded to the complaint.  Plaintiff, however, have taken no action to prosecute this case.  Accordingly, if Plaintiff intends to seek a default judgment, he is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than April 16, 2025.  If Plaintiff fails to do so or otherwise demonstrate an intent to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    April 2, 2025
              New York, New York

                                                            _____
                                                             VERNON S. BRODERICK
                                                             United States District Judge