**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

SIMON ISAKOV, on behalf of himself and all
others similarly situated,

                Plaintiffs,

                   v.

Parched Hospitality Group, Inc.

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

Case no. 1:25-cv-1407

JUDGEMENT

     This action having been commenced on February 19, 2024, by the filing of a Complaint and Summons, and a copy of the Complaint and Summons having been properly served on Defendant on March 5, 2025, and proof of service having been filed on March 6, 2025, and Defendant not having answered the Complaint, and the time for answering the Complaint having expired, and Plaintiffs having moved for default judgment, and the Court having held a hearing on Plaintiffs' motion on May 21, 2025, it is hereby:

**ORDERED, ADJUDGED, AND DECREED:**

A. Defendant violated Plaintiffs' rights under 1) Title III of the Americans with Disabilities Act, 42 U.S.C. 12181, et Seq., ("ADA"), 2) New York State Human Rights Law pursuant to N.Y. Exec. Law Article 15 ("NYSHRL"), 3) New York State Civil Rights Law, NY CLS Civ R, Article 4 (CLS Civ R §40 et seq.) (the "NYCRL"), and 4) New York Human Rights Law, N.Y.C. Administrative Code §8-102, et seq.

B. Defendant is to bring its website, www.Holeinthewallnyc.com, into compliance and make the same readily accessible to, and usable by, visually-impaired individuals, on or before June 16, 2025.

1

C.  Defendant is enjoined from making its website, www.Holeinthewallnyc.com, available to the public until the Defendant brings the Website into compliance and make the same readily accessible to, and usable by, blind and visually impaired individuals;

D.  Defendant is enjoined from circumventing this Judgment by creating new URL's to host its online business;

E.  Defendant is to pay Plaintiffs $1,500.00 in compensatory damages, as permitted by law representing $1,000 in compensatory damages under the NYSHRL and NYCHRL and $500 in statutory damages under the NYSCRL.

F.  Plaintiffs' counsel shall file any application for attorneys' fees no later than May 28, 2025.

**SO ORDERED**

Dated: May 21, 2025
New York, New York

Vernon S. Broderick
United States District Judge

2