**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SIMON ISAKOV, on behalf of himself and     :     Case no. 1:25-cv-1407
all others similarly situated,     :

           Plaintiffs,     :

           v.     :

PARCHED HOSPITALITY GROUP, INC.,     :     <u>STATEMENT OF DAMAGES</u>

           Defendant.     :

                               :

                               :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

---

## EXHIBIT B - PLAINTIFF'S STATEMENT OF DAMAGES

        $1,500.00 in compensatory damages, as permitted by law representing $1,000 in compensatory damages under the NYSHRL and NYCHRL and $500 in statutory damages under the NYSCRL.

| | |
|---|---|
| Costs Filing fees | $405.00 |
| Process server | $75.00 |
| Manuel and Automated Accessibility Report from Website Accessibility Consultants | $1,000.00 |
| Litigation Expenses | Initial Investigation of Claims (1/2 hour - $225) <br><br> Conference with Client (1 hour- $450) <br><br> Draft and File Summons and Complaint (2 hours - $900) <br><br> Motion for Default (2 hours- $900) <br><br> Preparation for Court Appearance (1/2 hour- $225) <br><br> Court Appearance (1/4 hour - $125) <br><br> $2,825.00 Total Litigation expenses |
| **Total costs and expenses:** | **$4,305.00** |

Dated: Flushing, NY

May 28, 2025

EQUAL ACCESS LAW GROUP PLLC

*Attorney for Plaintiff*

/s/ **_Asher Cohen_**
By: Asher H. Cohen, Esq.
68-29 Main Street,
Flushing, NY 11367
Tel: +1 (718) 914-9694
Email: acohen@ealg.law